NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEURELIS, INC.,**
*Appellant*

**v.**

**AQUESTIVE THERAPEUTICS, INC.,**
*Appellee*

---

2021-1038

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00451.

---

**JUDGMENT**

---

WENDY L. DEVINE, Wilson Sonsini Goodrich & Rosati, San Francisco, CA, argued for appellant.  Also represented by RICHARD TORCZON, Washington, DC; LORELEI WESTIN, San Diego, CA; JEFFREY WILLIAM GUISE, Eversheds Sutherland (US) LLP, San Diego, CA.

DANIEL A. SCOLA, JR., Hoffmann & Baron, LLP, Parsippany, NJ, argued for appellee.  Also represented by MICHAEL I. CHAKANSKY; JOHN T. GALLAGHER, Syosset, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, NEWMAN and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 7, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court